IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARBELIO LORENZO-GENCHI,<br><br>Defendant. | 8:21CR284<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Dana C. Bradford, III to withdraw as counsel for the defendant, Darbelio Lorenzo-Genchi (Filing No. 172). Guy K. Weinstein has filed an entry of appearance as retained counsel for Darbelio Lorenzo-Genchi. Therefore, Dana C. Bradford, III's motion to withdraw (Filing No. 172) will be granted.

Dana C. Bradford, III shall forthwith provide Guy K. Weinstein any discovery materials provided to the defendant by the government and any such other materials obtained by Dana C. Bradford, III which are material to Darbelio Lorenzo-Genchi's defense.

The clerk shall provide a copy of this order to Guy K. Weinstein.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge