IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DARBELIO LORENZO-GENCHI and<br>IRIS GALLARDO-SALADO,<br><br>                    Defendants. | 8:21CR284<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

       This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 270). The Court has carefully reviewed the record in this case and finds as follows:

       1.      On November 21, 2022, defendant Iris Gallardo-Salado ("Gallardo-Salado") pleaded guilty to Count II of the Indictment (Filing No. 55) and admitted the Forfeiture Allegation. Count II charged Gallardo-Salado with possession with intent to distribute 50 grams or more of methamphetamine (actual); in violation of 21 United States Code section 841(a)(1) and (b)(1).

       2.      On December 9, 2022, defendant Darbelio Lorenzo-Genchi ("Lorenzo-Genchi") pleaded guilty to Count II of the Indictment (Filing No. 55) and admitted the Forfeiture Allegation. Count II charged Lorenzo-Genchi with possession with intent to distribute 50 grams or more of actual methamphetamine; in violation of 21 United States Code section 841(a)(1) and (b)(1).

       3.      The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853 of $26,147 in United States currency seized from Gallardo-Salado and Lorenzo-Genchi, on the basis it was (a) used to facilitate the offenses charged in the

Indictment or (b) derived from proceeds obtained directly or indirectly as a result of the commission of the offenses charged in the Indictment.

5. Based on Gallardo-Salado's and Lorenzo-Genchi's guilty pleas and admissions, Gallardo-Salado and Lorezno-Genchi forfeit their interest in the $26,147 in United States currency and the government should be entitled to possession of any interest Gallardo-Salado and Lorenzo-Genchi have in the $26,147 in United States currency pursuant to 21 U.S.C. § 853.

6. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 270) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 55) and Gallardo-Salado's and Lorenzo-Genchi's guilty pleas and admissions, the government is hereby authorized to seize the $26,147 in United States currency.

3. Gallardo-Salado's and Lorenzo-Genchi's interest in the $26,147 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $26,147 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $26,147 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than defendants, having or claiming a legal interest in the $26,147 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $26,147 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $26,147 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $26,147 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 19th day of December 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge