IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARBELIO LORENZO-GENCHI and IRIS GALLARDO-SALADO, <br><br> Defendants. | 8:21CR284 <br><br> **FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 296). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 19, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 271) forfeiting defendants Darbelio Lorenzo-Genchi and Iris Gallardo-Salado's interests in $26,147 in United States currency seized from them.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 21, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 295) was filed in this case on February 23, 2023.

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 296) is granted.
2. All right, title, and interest in and to the $26,147 in United States currency seized from Darbelio Lorenzo-Genchi and Iris Gallardo-Salado, held by any person or entity are forever barred and foreclosed.
3. The $26,147 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 8th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge